# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -4 PM 2:18

Ro... ...rollo
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**THE PREMCOR REFINING GROUP, INC.,**

    Plaintiff,

vs.                                      Case No. 05-2266 D V

**PAPER, ALLIED-INDUSTRIAL CHEMICAL
& ENERGY WORKERS INTERNATIONAL
UNION, et al.,**

    Defendants.

## ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Jon P. McCalla in exchange for Herbert Dixon v. John E. Potter, Case No. 05-2161. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from 05-2266 DV to 05-2266 Ml V.

IT IS SO ORDERED this 3rd day of May 2005.

_signature_
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02266 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

Steven W. Likens
HUSCH & EPPENBERGER, LLC- Memphis
200 Jefferson Ave.
Ste. 1450
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT